**No. 52036.**—Eurasia Import Co., Inc. *v.* United States, petition 6600–R (New York).

Opinion by OLIVER, P. J.   It was stipulated that the facts and circumstances surrounding the making of the entry herein are similar in all material respects to the facts and circumstances surrounding the making of the entries in Abstract 51892.   Accepting this stipulation as a statement of fact and following the cited decision the court held that the entry of the merchandise at a value less than that found on final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

BEFORE THE SECOND DIVISION, NOVEMBER 19, 1947

**No. 52037.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 616945–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiffs was therefore sustained.

**No. 52038.**—Wimelbacher & Rice *v.* United States, protests 619227–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 52039.**—Marshall Field & Co., Inc., et al. *v.* United States, protests 621325–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 52040.**—A. Kuehnert & Co. et al. *v.* United States, protests 645528–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 52041.**—Wimelbacher & Rice *v.* United States, protests 707315–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52042.**—W. R. Zanes & Co. *v.* United States, protests 94525–K and 102513–K (Galveston).

Opinion by KINCHELOE, J. From the evidence it was found that the collector, after correctly calculating the amount of paper stock rags in pounds in the items the subject of the said prior decisions, deducted the total so ascertained from the total net weight of the shipments, and assessed duty at 3 cents per pound on this difference, thus, in effect, assessing duty on merchandise which he had originally passed free as paper stock and which was not the subject of the court's prior